In the Matter of EUGENE PENNER, Appellant. JOSEPH N. SULLIVAN, as Commissioner of Public Safety of the City of Utica, Respondent.— Determination confirmed, with ten dollars costs and disbursements. All concur, except Dowling, J., not voting. (The determination finds appellant guilty of certain charges and dismisses him from the police department.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.